UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGILLIO VIRGO,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | No. 20-cv-475 |
| : | |
| **EDWARD GARCIAS,** *et al.*, : | |
|     **Defendants.** : | |

# O R D E R

AND NOW, this 7th day of February, 2020, upon consideration of Plaintiff Virgillio Virgo's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**